IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00292-CR

No. 10-11-00293-CR

No. 10-11-00294-CR

 

Corey Stewart,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 361st District
Court

Brazos County, Texas

Trial Court Nos. 10-02912-CRF-361,
10-02911-CRF-361

And 10-03856-CRF-361

 



MEMORANDUM  Opinion



 

            On August 1, 2011, we
received a notice of appeal for four trial court case numbers all styled “The
State of Texas vs Corey Stewart.”  Thus, we docketed each trial court case
number as a separate appeal:  trial court case number 10-02913-CRF-361 as
appellate case number 10-11-00291-CR; trial court case number 10-02912-CRF-361
as appellate case number 10-11-00292-CR; trial court case number
10-02911-CRF-361 as appellate case number 10-11-00293-CR; and trial court case
number 10-03856-CRF-361 as appellate case number 10-11-00294-CR.  See Tex. R. App. P. 12.2(a), (b), and (c).

On August 11, 2011, we received a copy
of an order appointing counsel in trial court case number 10-02913-CRF-361
(10-11-00291-CR) from that counsel.  Counsel informed us that she was appointed
only in trial court case number 10-02913-CRF-361 and that the other three trial
court cases were still pending in the trial court.  We contacted the trial
court clerk and confirmed that trial court case numbers 10-02912-CRF-361,
10-02911-CRF-361, and 10-03856-CRF-361 are still pending in the trial court and
no judgment has been rendered in any of these cases.  

Because no judgment has been rendered in
trial court case numbers 10-02912-CRF-361, 10-02911-CRF-361, and
10-03856-CRF-361 and these cases are still pending in the trial court, the
notice of appeal for each of these cases is not effective, and we have no
jurisdiction of the corresponding appeals 10-11-00292-CR, 10-11-00293-CR, and
10-11-00294-CR.  See Tex. R. App.
P. 26.2(a); 27.1(b) (“…a notice of appeal is not effective if filed
before the trial court makes a finding of guilt or receives a jury verdict.”).

Accordingly, these appeals are
dismissed.  

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeals
dismissed

Opinion
delivered and filed August 24, 2011

Do
not publish

[CR25]